12/29/2024

To Whom It May Concern,

I am writing this letter in support of my brother, Josh Sherwood, as he faces this legal matter. As his oldest brother, I have had the privilege of knowing Josh for his entire life, and I believe I can speak to his character with the utmost honesty and integrity.

Josh has always been a responsible, kind-hearted, and hardworking individual. Growing up together, I witnessed firsthand his deep sense of responsibility, both to our family and the people around him. He has consistently demonstrated honesty and respect, and he has always tried to make decisions that align with doing what is right.

While Josh, like many of us, has faced challenges and made mistakes, I firmly believe that these do not define him. He has shown great remorse for his actions and has worked hard to learn and grow from them. I have seen him take full responsibility for his actions and make significant efforts to ensure they do not happen again. His commitment to self-improvement is something I deeply admire.

Josh is also a caring person. He is always willing to help others in times of need, whether it's family members, friends, or even strangers. He has a natural instinct to show kindness and lend a hand. His ability to listen and offer support has made him a valued friend to many.

As his older brother, I have watched Josh mature into a thoughtful and responsible individual who strives to make positive changes in his life. I am confident that Josh understands the gravity of his actions and is fully committed to ensuring he makes better decisions moving forward.

In conclusion, please consider Josh's good character, the positive impact he has had on others' lives, and the sincere efforts he has made to grow from past mistakes. He has my full support, and I truly believe that he deserves the opportunity to move forward and continue to improve.

Thank you for your time and consideration.

Sincerely,


Paul Hahn