Honorable Judge,

My name is Noah Moore, and I am writing on behalf of my friend Josh Sherwood. I have known Josh and his family for about 20 years.

My friendship with the Sherwood family began on the softball diamond. Roger, Matthew, Josh and I played in numerous leagues and tournaments every summer... with Betty watching from the bleachers. Eventually, softball evolved into countless golf outings and bowling tournaments.

I know that Josh's family misses him greatly. I miss them as a whole family, because without Josh they are not the same.

I have always known Josh as a capable, intelligent and good-natured friend. I believe in Josh, and I am confident that this will not define him.

Sincerely,

Noah Moore

norm9er@gmail.com

715-323-5274