To whom it may concern,

I am writing on behalf of my nephew Joshua Sherwood. There is a decision coming up on his sentence of time served or more to be added. I am asking for you to be lenient and allow him to come home to his family who misses him so. Yes, what he did was wrong and the time he served is justified. Right now he needs the therapy and support of his family to be on the right track. Joshua has been a part of my family since he was born. Since he was old enough to play games, we would have game nights. In the summer, badminton volleyball, to winter, pool and board games. We worked together on the family farm. He started there at a young age cleaning calf pens and driving equipment to milking the cows and animal care. He was a hard worker never had to watch over him, I knew the job was done right. If I had anything I needed done, He would be there to help me. Even when ther were family members that wouldn't talk, He never would take sides he would be there for me. What it comes down to is I miss having him with me. Please allow him the opportunity to be with his family again. With the right

program. He can be the man he needs to be. Thank you for your time

Sandra Hughes