Dec 5-24

Too whom it may concern

I am writing this in regards too my nephew Josh Sherwood.

I'm retired now but once operated a large Dairy Farm called Homestead acres. Josh worked for me thru high school and all the way thru college, Josh was a hard worker always respectful and got along with everyone I had working for me, he is a remarkable young man who made a mistake which we are all capable of, he has did his time and needs too move on and contribute too society.

I would relieve him right now

and fully trust him, Please take that into consideration so he can get on with his life.

Jack Hahn
Pittsville, Wis.