Your Honor

Josh is an exceptional son, and at no point did he exhibit signs of struggling with addiction during his upbringing. He had a happy and fulfilling childhood, with a natural inclination toward sports. Throughout school, he formed strong friendships, participated in various sports, worked on his uncles farm, and excelled in whatever he applied himself to. Josh didn't share my passion for fishing, but he occasionally accompanied me to make me happy. Although I knew he wasn't particularly fond of it, he did it out of consideration for me. As his baseball and basketball coach, I witnessed his athletic ability first hand, and we shared many enjoyable moments. I recall one instance when I urgently needed him on the court, but he said he was injured. Despite his injury, I pushed him to play, discovering later that he had been playing through a dislocated shoulder. After high school, Josh continued working on the farm while attending college. We spent alot of time together on the golf course, playing in scrambles, where he always brought a positive attitude. Those were moments we both cherished. He also developed a passion for softball, allowing him to maintain longstanding friendships while forging new connections. During this time, he met someone with whom he shared a deep bond. She positively influenced his life, helping him rediscover his faith, as she is a devoted Catholic.

However, during this period, Josh faced legal charges. He did not believe that his partner would remain by his side, but she stood by him throughout the two years he navigated the court system, including the first year he spent in prison.

Upon his release, Josh's life was far from normal. He was required to seek permission for even the most basic activities but received little support in transitioning back into the community. As his parents, we placed our trust in the system to help him reintegrate, but unfortunately, that trust was misplaced. We also share responsibility for not being more proactive in offering the support he needed during this time.

Your Honor, we love our son deeply and acknowledge what he did was wrong. We are committed to supporting him and helping him succeed, as he needs us just as much as we need him. We ask that you consider a sentence that allows us to be there for him. We are not young and fear we may not have the time to provide the support he needs if the sentence is prolonged. Please, don't let that happen. We respectfully ask for the opportunity to assist him now. We cannot bear the thought of not being there for our son. Thank you, your honor

Respectfully,

Roger Donald Sherwood